Theresa L. QUINN, Individually and as Administratrix of the Estate of Robert J. Quinn, Deceased, Appellant, v. Motorship THE KUNGSHOLM, Her Engines, etc., and A/B Svenska Amerika Linien, Appellee.

No. 350.

Circuit Court of Appeals, Second Circuit.

June 13, 1938.

Horace M. Gray, of New York City, for appellant.

John W. Griffin, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below.

RESOURCES CORPORATION INTERNATIONAL, Petitioner, v. SECURITIES AND EXCHANGE COMMISSION, Respondent.

No. 6662.

Circuit Court of Appeals, Seventh Circuit.

June 17, 1938.

Before SPARKS, MAJOR, and TREANOR, Circuit Judges.

PER CURIAM.

It is ordered, adjudged and decreed by this Court that the petition of · Resources Corporation International, filed on May 28, 1938, for a review of orders of the Se-

curities and Exchange Commission be, and the same is hereby, dismissed.

It is further ordered by the Court that the order of this Court restraining the Commission from proceeding with further hearings, directing it to show cause, and to certify to this Court the record of its proceedings, be, and the same is hereby, vacated.

In the Matter of the Application of Basil H. POLLITT for an appeal.

No. 4334.

Circuit Court. of Appeals, Fourth Circuit.

April 6, 1938.

Basil H. Pollitt, St. Elizabeth's Hospital, Washington, D. C., pro se.

Application for appeal denied. Order filed.

In the Matter of A. Dean RICHMOND, Bankrupt.

A. Dean RICHMOND, Appellant, v. FEDERAL LAND BANK OF ST. LOUIS et al., Appellees.

No. 6689.

Circuit Court of Appeals, Seventh Circuit.

June 22, 1938.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered, adjudged and decreed that this cause be docketed in this Court, and that this appeal be, and the same is hereby, dismissed, with costs.